No. 41384.—Protests 526219–G, etc., of W. & J. Sloane et al. (New York).

Opinion by Dallinger, J. It was stipulated that the merchandise consists of fire screens, andirons, fire plate sets, trays, and photo frames chiefly used in

the household for utilitarian purposes. The claim at 40 percent under paragraph 339 was therefore sustained. Abstract 33670, *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), and *Woolworth* v. *United States* (T. D. 47857) cited.